MARY L. McKENNA, as Temporary Administratrix, etc.,
     Respondent, *v.* THOMAS BOLGER, Appellant.

(Argued November 27, 1889; decided December 10, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made June 26, 1888, which affirmed a judgment in favor of
plaintiff entered upon a verdict and affirmed an order denying
a motion for a new trial.

*John McCrone* for appellant.

*E. More* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not sitting.
Judgment affirmed.